IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA ROCIO URRUTIA CRUZ and<br>MIGUEL ANGEL SALAZAR-ZUNIGA,<br><br>Defendants. | 8:25-CR-128<br><br>**ORDER TO DISMISS FORFEITURE ALLEGATION** |

This matter comes on before the Court upon the Government's Motion to Dismiss Forfeiture Allegation. Filing 83. The Court has reviewed the record in this case and, being duly advised in the premises, finds the Government's Motion should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The Government's Motion to Dismiss Forfeiture Allegation, Filing 83, is granted; and

2. The Forfeiture Allegation in the Indictment, Filing 17, is dismissed as to the defendants.

Dated this 28th day of July, 2025.

BY THE COURT:

*[signature]*

Brian C. Buescher
United States District Judge